2 A.3d 468

Carlos VELAZQUEZ, Petitioner

v.

CCP PHILADELPHIA, Respondent.

No. 42 EM 2010.

Supreme Court of Pennsylvania.

July 22, 2010.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**